UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN ANTONIO SANCHEZ, PC, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-139 |
| | § | |
| BANK OF SOUTH TEXAS, et al., | § | |
|     Defendants. | § | |

**DEFENDANT BANK OF SOUTH TEXAS' CERTIFICATE OF INTERESTED PARTIES**

Defendant Bank of South Texas hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation.

Bank of South Texas
c/o Michael A. McGurk
Walsh McGurk Cordova Nixon, PLLC
1506 S. Lone Star Way, Ste. 10
Edinburg, Texas 78539

Respectfully submitted,

/s/ *Michael A. McGurk*
Michael A. McGurk
State Bar No. 00797746
Fed. ID No. 20091
mmcgurk@wmcnlaw.com
1506 S. Lone Star Way, Ste. 10
Edinburg, Texas 78539
p. 956.632.5030
*Attorney in Charge for Bank of South Texas*

OF COUNSEL:
Walsh McGurk Cordova Nixon, PLLC

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2020, all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system.

/s/ *Michael A. McGurk*
Michael A. McGurk