Case 7:20-cv-00139   Document 33   Filed on 10/16/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUAN ANTONIO SANCHEZ, PC, on behalf of itself and a similarly situated class,<br><br>　　　Plaintiff,<br><br>VS.<br><br>BANK OF SOUTH TEXAS; JPMORGAN CHASE BANK; and FROST BANK,<br><br>　　　Defendants. | CIVIL ACTION NO. 7:20-cv-00139 |

## **ORDER**

The Court now considers "Plaintiff's Notice of Dismissal."[1] Plaintiff dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[2] Under that rule, Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Although Defendants have appeared, no Defendant has answered or moved for summary judgment. A Rule 41 motion is "self-effectuating and terminates the case in and of itself."[3] Accordingly, Plaintiff has effectively dismissed its claims against Defendants and no further action by this Court is necessary. All deadlines and conferences in this case are **CANCELLED**. The Clerk of the Court is instructed to close this case.

　　　IT IS SO ORDERED.

　　　DONE at McAllen, Texas, this 16th day of October 2020.

　　　　　　　　　　　　　　　　　　　　　　　　Micaela Alvarez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Dkt. No. 32.
[2] *Id.* at 1, ¶ 1.
[3] *Amerijet Int'l, Inc. v. Zero Gravity Corp. (In re Amerijet Int'l, Inc.)*, 785 F.3d 967, 973 (5th Cir. 2015); *accord Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016).